USDC - DVT
2:25-mc-52

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE
## IN ANOTHER DISTRICT WITHIN THE SECOND CIRUIT

*FILED APR 07 2025 — Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT*

WHEREAS, the United States District Court for the Western District of New York and the United States District Court for the District of Vermont agreed to share judicial resources pursuant to the Judge Sharing Pilot Program of the Judicial Conference of the United States; and, the business of the United States District Court for the Western District of New York required the designation and assignment of a District Judge from the United States District Court for the District of Vermont to sit upon the District Court for the Western District of New York,

NOW, pursuant to the authority vested in me pursuant to 28 U.S.C. §292(b), having determined that it is in the public interest, I designate and assign Chief District Judge Christina Reiss of the United States District Court for the District of Vermont to sit in the United States District Court for the Western District of New York, nunc pro tunc, from January 1, 2018 through December 31, 2023, for the purpose of handling the cases attached to this order and for such additional time as may be required to complete unfinished business.

Dated: April 3, 2025

Debra Ann Livingston
Chief Circuit Judge
Second Circuit Court of Appeals

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

April 7, 2025